**Order entered September 1, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00706-CV

**PATRICIA HUGHES, Appellant/Cross-Appellee**

**V.**

**DESOTO SURGICARE PARTNERS, LTD., ET AL., Appellees/Cross-Appellants**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-02334-L**

## ORDER

We **GRANT** the August 28, 2015 unopposed motion of appellant for an extension of time to file a brief. Appellant shall file a brief by **SEPTEMBER 30, 2015**.

We **GRANT** the August 27, 2015 unopposed motion of appellees/cross-appellants for an extension of time to file their cross-appellants' brief. Cross-appellants shall file their brief by **SEPTEMBER 30, 2015**.

/s/      ELIZABETH LANG-MIERS
JUSTICE